07 CIV 9926

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ARMADA PACIFIC BULK CARRIERS (SINGAPORE)
PTE LTD.,

                              Plaintiff,                        07 Civ. _____

   - against -                                           ECF CASE

GLOBE SHIPPING (HOLDINGS) CORPORATION
a/k/a GLOBE S (H) CORP.,

                              Defendant.
--------------------------------------------------------------X

NOV 0 9 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                            NONE.

Dated: November 9, 2007
       New York, NY

                                      The Plaintiff,
                                      ARMADA PACIFIC BULK CARRIERS
                                      (SINGAPORE) PTE LTD.

                                      By: _____
                                      Charles E. Murphy (CM 2125)
                                      Nancy R. Peterson
                                      Patrick F. Lennon
                                      LENNON, MURPHY & LENNON, LLC
                                      The Gray Bar Building
                                      420 Lexington Ave., Suite 300
                                      New York, NY 10170
                                      (212) 490-6050
                                      facsimile (212) 490-6070
                                      cem@lenmur.com