CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ARMADA PACIFIC BULK CARRIERS       :
(SINGAPORE) PTE LTD.,                          :
                                                                      :
                     Plaintiff,       :    **07-CV-9926**
                                                                      :
                v.                         :    **NOTICE OF**
                                                                      :    **APPEARANCE**
GLOBE SHIPPING (HOLDING) CORPORATION :
a/k/a GLOBE S (H) CORP.,                        :
                                                                      :
                                                                      :
                Defendants.  :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
            December 17, 2007

                                          CLARK, ATCHESON & REISERT
                                          Attorneys for Garnishee
                                          Societe Generale New York Branch

                     By:  _____
                                          Richard J. Reisert (RR-7118)
                                          7800 River Road
                                          North Bergen, NJ  07047
                                          Tel: (201) 537-1200
                                          Fax: (201) 537-1201
                                          Email:  reisert@navlaw.com