CLARK, ATCHESON & REISERT  
Richard J. Reisert (RR-7118)  
Attorneys for Garnishee  
Societe Generale New York Branch  
7800 River Road  
North Bergen, NJ 07047  
Tel: (201) 537-1200  
Fax: (201) 537-1201  

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  
ARMADA PACIFIC BULK CARRIERS     :  
(SINGAPORE) PTE LTD.,                         :  
                                                                :  
                        Plaintiff,            :        **07-CV-9926**  
                                                                 :  
                     v.                            :  
                                                                 :  
GLOBE SHIPPING (HOLDING) CORPORATION:  
a/k/a GLOBE S (H) CORP.,                     :  
                                                                 :  
                      Defendant.          :  
-----------------------------------------------------------x  

## REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the captioned matter dated December 12, 2007, and served upon Garnishee Societe Generale New York Branch on December 13, 2007, and on various dates thereafter through the date of this report, Garnishee Societe Generale New York Branch hereby states that on such dates of service,

it was not indebted to the defendant(s) and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts owed by or owed to the defendant(s) or monies to be paid to discharge a debt owed to the defendant(s), including monies being electronically transferred by, to or for the benefit of the defendant(s).

Dated: North Bergen, New Jersey
January 3, 2008

          CLARK, ATCHESON & REISERT
          Attorneys for Garnishee
          Societe Generale New York Branch

By: _____
          Richard J. Reisert (RR-7118)
          7800 River Road
          North Bergen, NJ 07047
          Tel: (201) 537-1200
          Fax: (201) 537-1201
          Email: reisert@navlaw.com

TO: CLERK OF THE COURT

   LENNON, MURPHY & LENNON, LLC (Via Email)
   Attorneys for Plaintiff

## **VERIFICATION**

STATE OF NEW YORK )
                             ) ss.:
COUNTY OF NEW YORK )

John M. Driscoll, being duly sworn, deposes and says as follows:

I am the Director of Litigation and Regulatory Affairs for Societe Generale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Societe Generale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 07-CV-9926 and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Societe Generale New York Branch's files, and communications with relevant employees of the Bank.

_____
John M. Driscoll

Sworn to before me on
January 3, 2008.

_____
Notary Public

DANIEL K. HOBBS, NOTARY PUBLIC
State of New York, No. 01HO6138608
Qualified in New York County
Commission Expires December 27, 2009