UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARMADA PACIFIC BULK CARRIERS (SINGAPORE) :
PTE LTD.,
                                        :
                Plaintiff,              :   07 Civ. 09926 (SAS)
                                        :
        - against -                     :   ECF CASE
                                        :
GLOBE SHIPPING (HOLDINGS) CORPORATION   :
a/k/a GLOBE S (H) CORP.,                :
                                        :
                Defendant.              :
------------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: May 12, 2008
       Southport, CT

                                The Plaintiff,
                                ARMADA PACIFIC BULK CARRIERS
                                (SINGAPORE) PTE LTD.


                                By: _____
                                    Nancy R. Peterson (NP-2871)
                                    LENNON, MURPHY & LENNON, LLC
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    Phone (212) 490-6050
                                    Fax (212) 490-6070
                                    nrp@lenmur.com


SO ORDERED:

_____  5/12/08
        U.S.D.J.